OSCN Found Document:IN THE MATTER OF THE REINSTATEMENT OF CRONKHITE

 

 
 

 
 IN THE MATTER OF THE REINSTATEMENT OF CRONKHITE
2020 OK 109
Case Number: SCBD-6905
Decided: 12/14/2020
THE SUPREME COURT OF THE STATE OF OKLAHOMA
Cite as: 2020 OK 109, __ P.3d __

 
NOTICE: THIS OPINION HAS NOT BEEN RELEASED FOR PUBLICATION. UNTIL RELEASED, IT IS SUBJECT TO REVISION OR WITHDRAWAL. 

Â 

In the Matter of the Reinstatement of Jacqueline Forsgren Cronkhite to Membership in the Oklahoma Bar Association and to the Roll of Attorneys.

ORDER

Â¶1 The petitioner, Jacqueline Foresgren Cronkhite (Cronkhite/attorney) was stricken from the roll of attorneys from the Oklahoma Bar Association on January 1, 2017, for non payment of dues and non-compliance with mandatory continuing education. Petitioner lives in and is licensed to practice law in Arkansas. On March 19, 2020, she petitioned this Court for reinstatement as a member of the Oklahoma Bar Association.

Â¶2 On June 11, 2018, a hearing was held before the Trial Panel of the Professional Responsibility Tribunal and the tribunal recommended that the attorney be reinstated. Upon consideration of the matter, we find:

1) The attorney has met all the procedural requirements necessary for reinstatement in the Oklahoma Bar Association as set out in Rule 11, Rules Governing Disciplinary Proceedings, 5 O.S. 2011, ch.1, app. 1-A.

2) The attorney has established by clear and convincing evidence that she has not engaged in the unauthorized practice of law in the State of Oklahoma.

3) The attorney has established by clear and convincing evidence that she possesses the competency and learning in the law required for reinstatement to the Oklahoma Bar Association.

4) The attorney has established by clear and convincing evidence that she possesses the good moral character which would entitle her to be reinstated to the Oklahoma Bar Association.

5) The attorney's bar dues have been paid and brought up to date and she has paid $1,148.46 for the costs of the transcripts of the PRT proceeding.

Â¶3 IT IS THEREFORE ORDERED that the petition of Jacqueline Forsgren Cronkhite for reinstatement be granted effective immediately. The remaining costs of $347.27 for these proceedings shall be paid within 90 days of reinstatement.

Â¶4 DONE BY ORDER OF THE SUPREME COURT THE 14th DAY OF DECEMBER, 2020.

/S/CHIEF JUSTICE

ALL JUSTICES CONCUR.

Â